HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | NO. CR07-0432 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO CONTINUE** |
| **DONALD BRANDT, et al.,** | |
| Defendant. | |

This matter having come upon the application of Defendant Donald Brandt to continue the Trial date to a date certain in June, 2008 and the Court having reviewed the relevant pleadings and being advised on the premises, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant's Motion to continue the trial date is granted. The court finds that the continuance of the trial date is necessary to allow the parties additional time to prepare for trial. Accordingly, the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C.§3161(h)(8)(B)(i). Trial is set for June 16, 2008. All pretrial motions are due by May 1, 2008. This order applies to co-defendant, Sharon Brandt as well.

ORDER GRANTING MOTION TO CONTINUE 1

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*

IT IS FURTHER ORDERED that the period of time from the current trial date of March 10, 2008, up to and including June 16, 2008, shall be excludable time pursuant to the speedy trial act, 18 U.S.C. §3161, et seq.

Dated this the 5th day of February, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

Respectfully submitted,

MARK D. MESTEL, INC., P.S.

_____
MARK D. MESTEL, WSBA #8350
Attorney for Defendant

ORDER GRANTING MOTION TO CONTINUE 2